No. 756. MILLER AND LUX, INCORPORATED v. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA, H. W. BRUNDIGE, C. L. SEAVEY, ET AL., ETC. Error to the Supreme Court of the State of California. April 11, 1927. On suggestion of diminution of the record the motion for a

writ of certiorari herein is denied. *Mr. Adolphus E. Graupner* for plaintiff in error. *Mr. Carl I. Wheat* for defendants in error.